No. 21-50145

# United States Court of Appeals
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE

*v.*

MANUEL RODRIGUES-BARIOS
DEFENDANT-APPELLANT

*On Appeal from the United States District Court
for the Southern District of California
20-CR-1684-LAB*

**UNOPPOSED MOTION OF THE UNITED STATES FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF AND REQUEST FOR ORAL ARGUMENT TO BE CALENDARED WITH RELATED CASE**

The United States of America moves for a 90-day extension of time to file its answering brief. The United States further requests that the Court place this appeal on the same oral argument calendar as *United States v. Carrillo-Lopez*, Case No. 21-10233. The reasons for both requests are set forth in the attached declaration.

>RANDY S. GROSSMAN
>  *United States Attorney*
>
>DANIEL E. ZIPP
>  *Assistant U.S. Attorney*
>  *Chief, Appellate Section*
>  *Criminal Division*
>
>  *880 Front St., Rm. 6293*
>  *San Diego, CA 92101*
>  *(619) 546-7593*
>  May 6, 2021.

1

## DECLARATION

I, DANIEL E. ZIPP declare as follows:

1. I am an Assistant U.S. Attorney assigned to handle this appeal.

2. On June 16, 2021, Rodrigues-Barios entered a notice of appeal. His opening brief was originally due on September 15, 2021, but he filed two unopposed motions for 90-day extensions and filed his opening brief on March 14, 2022. The United States' answering brief was originally due on April 13, 2022, but after one streamlined extension, it is now due on May 13, 2022.

3. Rodrigues-Barios raises only one issue in his opening brief: whether the illegal reentry statute, 8 U.S.C. §1326, is unconstitutional under *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977).

4. On August 20, 2021, the United States filed a notice of appeal, from the District of Nevada, in *United States v. Carrillo-Lopez*, Case No. 21-10233. The sole issue in that appeal is also whether 8 U.S.C. §1326 is unconstitutional under *Arlington Heights*. The United States filed its opening brief on November 19, 2021, and Carrillo-Lopez filed an answering brief on April 8, 2022. The United States' reply brief is due on May 27, 2022. The case has not been noticed for oral argument.

5. The United States respectfully requests a 90-day extension to file its answering brief in this case for the following reasons:

a. Rodrigues-Barios raises a complex Constitutional issue of first impression. The United States consented to the filing of six amicus briefs, each of which present additional arguments about the history of 8 U.S.C. §1326. I was not the attorney who handled this case before the district court, and it will take me a considerable amount of time to research the relevant issues and formulate a comprehensive answering brief.

b. As the chief of criminal appeals for the Southern District of California, I am also responsible for reviewing and editing all Ninth Circuit briefs from the district, as well as preparing attorneys for oral arguments. I also maintain my own appellate caseload, with one large post-trial appeal due on May 31, 2022, in *United States v. Hahn*, Case No. 20-10417, as well as two oral arguments on the court's upcoming calendars in Pasadena.

c. The attorney for Rodrigues-Barios, Kara Hartzler, does not oppose this request for extension.

d. Rodrigues-Barios was sentenced to five years' probation and is not in custody.

7. The United States also requests that this Court place Rodrigues-Barios' appeal on the same oral argument calendar as

*United States v. Carrillo-Lopez,* Case No. 21-10233. As noted above, both cases raise the same Constitutional challenge to 8 U.S.C. §1326, and many of the same groups filed amicus briefs in both cases. Although there are slight differences in the procedural posture and arguments raised by the parties in the two cases, the fundamental Constitutional issues are the same. In the interest of judicial economy, the United States therefore requests that both cases be assigned to the same panel for oral argument.

I declare under penalty of perjury that the foregoing is true and correct.

S/DANIEL E. ZIPP
*Assistant U.S. Attorney*

MAY 6, 2022.